# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MICHAEL KING,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 0:18-cv-62733-PCH |
| | ) |
| **NATIONWIDE RECOVERY SERVICE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Ernest Henry Kohlmyer* | */s/ Amy L. Bennecoff Ginsburg* |
| Ernest Henry Kohlmyer, Esq. | Amy Lynn Bennecoff Ginsburg |
| Shepard, Smith, Kohlmyer & Hand, P.A. | Kimmel & Silverman, P.C. |
| 2300 Maitland Center Parkway | 30 E. Butler Pike |
| Suite 100 | Ambler, PA 19002 |
| Maitland, FL 32751 | Phone: 2155408888 |
| Phone: 407-622-1772 | Fax: 2155408888 |
| Fax: 407-622-1884 | Email: teamkimmel@creditlaw.com |
| Email: skohlmyer@shepardfirm.com | Attorney for Plaintiff |
| Attorney for the Defendant | |
| | Date: March 22, 2019 |
| Date: March 22, 2019 | |

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 22nd day of March, 2019:

Ernest Henry Kohlmyer, Esq.
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway
Suite 100
Maitland, FL 32751
Phone: 407-622-1772
Fax: 407-622-1884
Email: skohlmyer@shepardfirm.com

Mary Grace Dyleski, Esq.
Shepard, Smith, Kohlmyer & Hand, P.A
2300 Maitland Center Parkway
Suite 100
Maitland, FL 32751
(407) 622-1772
Fax: (407) 622-1884
Email: mdyleski@shepardfirm.com
Attorney for the Defendant

        */s/ Amy L. Bennecoff Ginsburg*
        Amy Lynn Bennecoff Ginsburg, Esq.
        Kimmel & Silverman, P.C.
        30 E. Butler Pike
        Ambler, PA 19002
        Phone: 2155408888
        Fax: 2155408888
        Email: teamkimmel@creditlaw.com
        Attorney for the Plaintiff