UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-62733-HUCK/Seltzer

MICHAEL KING,

    Plaintiff,

vs.

NATIONWIDE RECOVERY SERVICE,

    Defendant.

_____/

## ORDER OF DISMISSAL

This cause is before the Court upon the parties' joint Stipulation to Dismiss with Prejudice ("Stipulation") [ECF No. 13], filed March 22, 2019. Having reviewed the Stipulation and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PERJUDICE**, with each party to bear its own fees and costs. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. All pending motions are denied as moot, and the case is closed.

**DONE AND ORDERED** in Chambers in Miami, Florida on March 25, 2019.

                                              Paul C. Huck
                                              United States District Judge

Copies furnished to:
All Counsel of Record